IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CLARENCE HENRY DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-010 |
| JERRY SIKES, Warden, Montgomery State Prison, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Georgia Department of Corrections, Montgomery State Prison, Dees, and Stankowitz, as well as Plaintiff's Eighth Amendment claim concerning having his tooth pulled and any claims for injunctive relief are **DISMISSED** from the case.

SO ORDERED this /3th day of August, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE