IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CLARENCE HENRY DANIELS, )
)
    Plaintiff, )
)
v. ) CV 308-010
)
JERRY SIKES, Warden, Montgomery )
State Prison, et al., )
)
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for injunctive relief (doc. no. 12) is **DENIED**.

SO ORDERED this ___ day of September, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE