ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2009 MAR 30 PM 4: 08
CLERK _McCarthy_
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CLARENCE HENRY DANIELS, ) | |
| Plaintiff, ) | |
| v. ) | CV 308-010 |
| JERRY SIKES, Warden, Montgomery ) State Prison, et al., ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss Plaintiff's case for his failure to update his address with the Court (doc. no. 44) is **GRANTED**, Plaintiff's case is **DISMISSED** without prejudice, and this case is **CLOSED**. As such, Defendants' motion to dismiss (doc. no. 21) and Plaintiff's motion for reconsideration of the Court's Order granting Defendants' motion to stay pending the resolution of the motion to dismiss (doc. no. 39) are **MOOT**.

SO ORDERED this 30th day of March, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE